# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE BELL,<br><br>        Petitioner,<br><br>   v.<br><br>J. SOTO, Warden,<br><br>        Respondent.<br><br>AND<br><br>NATALIE DEMOLA,<br><br>        Petitioner,<br><br>   v.<br><br>DEBORAH K. JOHNSON, Warden,<br><br>        Respondent. | No. ED CV 08-1913 JLS (SS) &<br>No. ED CV 10-0014 JLS (SS)[1]<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

---

[1] Terry Lee Bell was tried jointly with co-defendant Natalie DeMola. Accordingly, on August 8, 2011, the Court consolidated their respective habeas actions in the interests of judicial economy. (Dkt. No. 32).

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: May 20, 2015

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE